# United States District Court
## Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA vs. | SA CR 00-118-3 DOC |
| | SA CR 00-119-11 DOC |
| | SA CR 01-76 DOC |
| Defendant: LAN DINH VUU aka Lan Dinh Vu; Lan Vuu; Lan Dinm Vuu | Social Security # 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 |
| Residence: Santa Ana City Jail, 62 Civic Center Plaza, Santa Ana, CA 92703 | Mailing Address: 198 S. Esplanade St. Orange, CA 92804 |

**ENTERED** AUG - 6 2001 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SANTA ANA OFFICE BY _____ DEPUTY

## JUDGMENT AND PROBATION/COMMITMENT ORDER ON SENTENCING

In the presence of the attorney for the government, the defendant appeared in person, on: **7-23-2001**
Month / Day / Year

### COUNSEL:
___ WITHOUT COUNSEL
However, the court advised defendant of right to counsel and asked if defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.
**X** WITH COUNSEL: James C. Waltz, Appointed

### PLEA:
**X** GUILTY, and the Court being satisfied that there is a factual basis for the plea.
___ NOLO CONTENDERE ___ NOT GUILTY

### FINDING:
There being a verdict of ___ GUILTY on ___, defendant has been convicted as charged of the offense(s) of:

21 USC 846, 841(a): Conspiracy to Distribute and Possess with Intent to Distribute MDMA (Single-Count Indictment/Docket No. SA 00-00118); Class C Felony;
18 USC 1955: Illegal gambling business (Single-Count Indictment/Docket No. SA 00-00119), Class D Felony;
18 USC 922(d)(1): Transferring a Firearm to a Felon (Single-Count Information/Docket No. SA 01-00076), 18 USC 924(a)(1)(2), 3571(b)(3)

**JUDGMENT AND PROBATION/COMMITMENT ORDER:**
The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of:

It is ORDERED that the defendant shall pay to the United States a special assessment of $100, which is due immediately.

Pursuant to Section 5E1.2(e) of the Guidelines, all fines are waived as it is found that the defendant does not have the ability to pay a fine.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Lan Dinh Vuu, is hereby committed on the Single-Count Indictment under Docket No. SA 00-00118, the Single-Count Indictment under Docket No. SA 00-00119, and the Single-Count Information under Docket No. SA 01-00076 to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-four (24) months. This term consists of twenty-four (24) months on all counts of conviction to be served concurrently. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three (3) years. This term consists of three (3) years on all counts of conviction, all such terms to run concurrently under the following terms and conditions: (1) The defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318; (2) The defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The defendant shall abstain from using illicit drugs, using alcohol, and abusing prescription medications during the period of supervision; (3) As directed by the probation officer, the defendant shall pay all or part of the costs of treating the defendant's drug and/or alcohol dependency to the aftercare contractor during the period of community supervision, pursuant to 18 USC 3672. The defendant shall provide payment and proof of payment as directed by the probation officer; 4) During the period of

___ This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed by: District Judge _Signature on page 2_
DAVID O. CARTER

ENTER ON ICMS

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the AUG - 6 2001 Marshal or other qualified officer.

Sherri R. Carter, Clerk

Dated/Filed _____
Month / Day / Year

By _____
Susan R. Sedei, Deputy Clerk

page one of two pages

United States District Court
Central District of California

UNITED STATES OF AMERICA vs.

SA CR __00-118-3 DOC__
SA CR __00-119-11 DOC__
SA CR __01-76 DOC__

Defendant LAN DINH VU

DATE: July 23, 2001

### JUDGMENT AND PROBATION/COMMITMENT ORDER

community supervision the defendant shall pay the special assessment in accordance with this judgment's order pertaining to such payment; (5) The defendant shall notify the Court, through the Probation Office, of any material change in his economic circumstances that might affect his ability to pay the special assessment; (6) The defendant shall submit person and property to search or seizure at any time of the day or night by any law enforcement officer and any probation officer, state or federal, with or without a warrant and with or without reasonable or probable cause; and (7) The defendant shall not possess, have under his control or have access to any firearm, explosive device or other dangerous weapon, as defined by federal, state, or local law.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

____ This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed by: District Judge _____
DAVID O. CARTER

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

Dated/Filed __7-30-01__
Month / Day / Year

By _____
Susan Sedei    , Deputy Clerk

page two of two pages